BROWN KWON & LAM LLP

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: clam@bkllawyers.com
(212) 295-5827

**Via ECF** August 24, 2021
The Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Serrano v. Aramark Campus, LLC*
                Case No.: 2:21-cv-2614(GRB)(AKT)

Dear Judge Brown,

    We write, on behalf of Plaintiff and jointly with counsel for Defendants, to respectfully inform the Court that the parties have reached a settlement in principle.

    The parties write to respectfully request thirty (30) days, until September 23, 2021, to finalize and submit the parties' settlement for the Court's review and judicial approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. Aug. 7, 2015).

    Given the contemplated settlement, the parties further respectfully request that all dates and deadlines be adjourned *sine die*.

    Thank you for your time and consideration.

Respectfully Submitted,

/s/ *Clara Lam*
Clara Lam, Esq. (CL6399)


cc: All Parties via ECF